DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BARRINGTON v. EMPLOYMENT SECURITY COMMISSION

No. 110P82.

Case below: 55 N.C. App. 638.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 May 1982.

## BENTON v. DANIEL CONSTRUCTION

No. 139P82.

Case below: 56 N.C. App. 256.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 May 1982.

## CARVER v. CARVER

No. 142P82.

Case below: 55 N.C. App. 716.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

## CLIFTON v. CLIFTON

No. 182P82.

Case below: 56 N.C. App. 257.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

## DuBOSE v. GASTONIA MUTUAL SAVINGS AND LOAN

No. 71P82.

Case below: 55 N.C. App. 574.

Appeal by plaintiff dismissed 4 May 1982. Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 May 1982.